# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1557

_____

Secretary of Labor,                    *
                                       *
            Respondent,                *
                                       *  Petition for Review of
      v.                               *  an Order of the Occupational
                                       *  Safety and Health Administration.
United States Postal Service;          *
                                       *      [UNPUBLISHED]
            Respondent,                *
                                       *
Debbie R. Tipler,                      *
                                       *
            Petitioner.                *

_____

Submitted: August 27, 2001
Filed: August 31, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Petitioner Debbie R. Tipler seeks review of an Occupational Safety and Health Review Commission order approving a settlement agreement entered into between the Secretary of Labor and the United States Postal Service, Tipler's employer.

Having carefully reviewed Tipler's petition and the Secretary of Labor's response, we decide that the order approving the settlement agreement was entered

pursuant to 29 U.S.C. § 659(a) from which there is no basis for judicial review.  See 29 U.S.C. §§ 659, 660.  Accordingly, we grant respondents' motion to dismiss and deny all other pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.